IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-10928

Summary Calendar

_____

ROBERT ZAMUDIO,

Plaintiff-Appellant,

versus

FREDERICO F. PENA, ET AL.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Texas
(6:94-CV-031-C)

_____

July 17, 1996

Before HIGGINBOTHAM, EMILIO M. GARZA, and BENAVIDES, Circuit
Judges.

PER CURIAM:[*]

AFFIRMED. See Local Rule 47.6. Costs are taxed to the
appellant. The appellant is warned that the filing of frivolous
appeals will result in sanctions.

_____

[*]Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.